UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROY WERBEL, | ) | |
| Plaintiff(s), | ) | No. C09-4456 BZ |
| v. | ) | **ORDER TO SHOW CAUSE** |
| PEPSICO, INC., | ) | |
| Defendant(s). | ) | |

Plaintiff filed this action on September 22, 2009. To date, plaintiff has not filed a proof of service of his complaint. A Case Management Conference was held on **January 4, 2010**. Plaintiff failed to appear at the Case Management Conference and had not sought to have his presence excused. Plaintiff also failed to file a Case Management Conference Statement. Plaintiff is therefore **ORDERED** to show cause in writing by **January 19, 2010** why this case should not be dismissed for lack of prosecution. A hearing on the Order to Show Cause is scheduled for **January 25, 2010, at 4:00 p.m.**, Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

///

1

Avenue, San Francisco, California 94102.

Dated: January 5, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WERBEL V. PEPSICO\ORDER TO SHOW CAUSE.wpd