UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY WERBEL,<br><br>        Plaintiff(s),<br><br>  v.<br><br>PEPSICO, INC.,<br><br>        Defendant(s). | No. C09-4456 BZ<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed this action on September 22, 2009. To date, plaintiff has not filed a proof of service of his complaint. A Case Management Conference was held on **January 4, 2010**. Plaintiff failed to appear at the Case Management Conference and had not sought to have his presence excused. Plaintiff also failed to file a Case Management Conference Statement. Plaintiff is therefore **ORDERED** to show cause in writing by **January 19, 2010** why this case should not be dismissed for lack of prosecution. A hearing on the Order to Show Cause is scheduled for **January 25, 2010, at 4:00 p.m.**, Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

///

1

1 | Avenue, San Francisco, California 94102.
2 | Dated: January 5, 2010
3 | _____
4 | Bernard Zimmerman
United States Magistrate Judge
5 |
6 | G:\BZALL\-BZCASES\WERBEL V. PEPSICO\ORDER TO SHOW CAUSE.wpd

2