UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROY WERBEL, | ) | |
| Plaintiff(s), | ) | No. C09-4456 BZ |
| v. | ) | |
| PEPSICO, INC., | ) | **ORDER DISCHARGING ORDER TO SHOW CAUSE AND VACATING HEARING** |
| Defendant(s). | ) | |

Having read the response of plaintiff's counsel to the Order to Show Cause issued January 5, 2010, it is **DISCHARGED.** Counsel are admonished to comply with the Local Rules of Court and all Court orders, having in mind that if this case is to proceed as a class action, the Court at some point must determine whether counsel can adequately represent the class.

**IT IS FURTHER ORDERED** that a new case management conference is scheduled for **Monday, March 1, 2010 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Plaintiff shall

///

///

1

serve a copy of this Order on defendant.

The hearing on the Order to Show Cause scheduled for January 25, 2010 is **VACATED**.

Dated: January 20, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WERBEL V. PEPSICO\ORDER DISCHARGING OSC.wpd