UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY WERBEL,<br><br>        Plaintiff(s),<br><br>  v.<br><br>PEPSICO, INC.,<br><br>        Defendant(s). | No. C09-4456 BZ<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND VACATING HEARING** |

    Having read the response of plaintiff's counsel to the Order to Show Cause issued January 5, 2010, it is **DISCHARGED.** Counsel are admonished to comply with the Local Rules of Court and all Court orders, having in mind that if this case is to proceed as a class action, the Court at some point must determine whether counsel can adequately represent the class.

    **IT IS FURTHER ORDERED** that a new case management conference is scheduled for **Monday, March 1, 2010 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Plaintiff shall

///

///

1

1 | serve a copy of this Order on defendant.
2 |     The hearing on the Order to Show Cause scheduled for
3 | January 25, 2010 is **VACATED**.
4 | Dated: January 20, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WERBEL V. PEPSICO\ORDER DISCHARGING OSC.wpd

2