1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   ROY WERBEL,                    )
                                    )
12            Plaintiff,            )      No. C09-4456 BZ
                                    )
13        v.                        )
                                    )      **ORDER FOR REASSIGNMENT**
14   PEPSICO, INC.,                 )
                                    )
15            Defendant.            )
     _____)

16

17        In view of the Report and Recommendation dated March 2,

18   2010, the clerk shall **REASSIGN** the above-captioned case

19   immediately.

20   Dated: March 2, 2010

21   _____
                      Bernard Zimmerman
22              United States Magistrate Judge

23

24

25

26   G:\BZALL\-BZCASES\WERBEL V. PEPSICO\REASSIGNMENT.ORD.wpd

27

28

                                1