| | |
|---|---|
| 1 | Harold M. Hewell (Cal. SBN: 171210) |
| 2 | hmhewell@hewell-lawfirm.com |
|   | HEWELL LAW FIRM |
| 3 | 105 West F Street, Second Floor |
| 4 | San Diego, California 92101 |
|   | 619-235-6854 · 888-298-0177 (f) |
| 5 | *Attorney for Plaintiff* |
| 6 | |
| 7 | Ricky L. Shackelford (Cal. SBN: 151262) |
| 8 | shackelfordr@gtlaw.com |
|   | GREENBERG TRAURIG, LLP |
| 9 | 2450 Colorado Avenue, Suite 400 E |
| 10 | Santa Monica, California 90404 |
|    | 310-586-7700 · 310-586-7800 (f) |
| 11 | *Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROY WERBEL**, individually and on behalf of all others similarly situated, | No.: 3:09-cv-04456-BZ |
| | **HON. SAUNDRA BROWN ARMSTRONG** |
| Plaintiff, | **STIPULATION TO ENLARGE BRIEFING SCHEDULE AND CONTINUE HEARING DATE ON MOTION TO DISMISS AND CASE MANAGEMENT** |
| vs. | |
| | **HEARING/CASE MANAGEMENT** |
| | DATE: June 22, 2010 |
| | TIME: 1:00 p.m. |
| **PEPSICO, INC.**, a North Carolina corporation; and **DOES 1** through **10**, inclusive, | DEPT: Courtroom 1, 4 Floor |
| | *Class Action, Jury Trial Requested* |
| | *Action filed September 22, 2009* |
| Defendants. | *No trial date set* |

WHEREAS, the hearing date for Defendant's motion to dismiss Plaintiff's First Amended Complaint has been set for 1:00 p.m. on June 22, 2010, in Courtroom 1 on the Fourth Floor of the above-entitled Court before the Hon. Saundra Brown Armstrong,

with a Case Management Conference to take place immediately thereafter;

WHEREAS, pursuant to Civil L.R. 7-3(a), Plaintiff's opposition brief was to be filed and served on June 1, 2010;

WHEREAS, pursuant to Civil L.R. 7-3(c), Defendant's reply brief was to be filed and served on June 8, 2010;

WHEREAS, Plaintiff's counsel had multiple conflicts on the date the opposition brief was due, and requested that Defendant's counsel stipulate to a two-day extension of the opposition filing and service deadline;

WHEREAS, Defendant's counsel has consented to stipulate to that two-day extension for the filing of the opposition brief, contingent on consent by Plaintiff's counsel to a two-day extension of the deadline for filing the reply brief;

IT IS HEREBY STIPULATED, by and between the parties to this action, through their designated counsel, that the briefing schedule for Defendant's motion to dismiss shall be enlarged so that the deadline for the filing and service of Plaintiff's opposition brief shall be June 3, 2010, and Defendant's deadline for filing and service of the reply brief shall be June 11, 2010, with the motion hearing date and the Case Management Conference to follow to be continued or remain as now set as the Court determines.

Respectfully submitted,

HEWELL LAW FIRM

Dated: June 3, 2010   By: /s/ Harold M. Hewell
   Harold M. Hewell
   *Attorney for Plaintiff*

GREENBERG TRAURIG, LLP

Dated: June 3, 2010   By: /s/ Ricky L. Shackelford
   Ricky L. Shackelford
   *Attorney for Defendant*