# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ROY WERBERL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PEPSICO, INC., a Northern California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: C 09-04456 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Amended Order Granting Defendant's Motion to Dismiss,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendant.

IT IS SO ORDERED.

Dated: July 1, 2010

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge